**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:                              )
                                    )   Case No. 15-11009-BFK
DANIEL ASIAMA,                      )   Chapter 13
                                    )
            Debtor.                 )

**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT**
**HOLD KWAMI ASIAMA IN CONTEMPT**

On December 3, 2015, the Court held a hearing on the Movant's Motion to Reconsider the Court's Order Denying the Movant's Motion to Dismiss the Case. Docket No. 63. The Movant filed a proof of service of a subpoena for Kwami Asiama to appear and testify at the scheduled December 3rd hearing. Docket No. 70. Kwami Asiama was personally served at 6611 Stourcliffe Lane, Haymakert, VA 20169. No appearance was made by Kwami Asiami at the hearing held on December 3, 2015. It is, accordingly,

**ORDERED**:

1. A hearing shall be held on **Thursday, December 17, 2015, at 3:00 p.m.**, for Kwami Asiama to show cause, why sanctions should not be assessed against him. **Kwami Asiama must attend the hearing in person.**

2. The Clerk will mail copies of this Order to the parties, at the addresses, below.

Date:  Dec 7 2015                   /s/ Brian F. Kenney
                                    _____
                                    Brian F. Kenney
                                    United States Bankruptcy Judge

                                    eod 12/7/2015 sas

Copies to:

Daniel Asiama
21470 Welby Terrace
Ashburn, VA 20148
*Chapter 13 Debtor*

Nathan A. Fisher, Esquire
3977 Chain Bridge Road, #2
Fairfax, VA 22030
*Counsel for Chapter 13 Debtor*

Richard G. Hall, Esquire
7369 McWhorter Place
Suite 412
Annandale, VA 22003
*Counsel for Chapter 13 Debtor*

Sara Banks
21672 Frame Square
Ashburn, VA 20148
*Movant*

Kwami Asiama
6611 Stourcliffe Lane
Haymakert, VA 20169

Thomas P. Gorman, Esquire
300 N. Washington St. Ste. 400
Alexandria, VA 22314
*Chapter 13 Trustee*