**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In Re:

**DANIEL ASIAMA**                                      Case No. 15-11009-BFK

   Debtor                                          (Chapter 13)


**ORDER**


THIS MATTER came on the return of a Garnishment Summons(Docket Item No. 108) against Sara Banks based on the Judgment Order issued by this court against her (Docket Item No. 55), and it appearing that the respondent, the U.S. Department of the Interior, has sent checks representing the garnishable portion of the judgment debtor's wages, which checks are now being held by the Clerk of the Court, and upon the appearance of and argument of the judgment debtor, Sara Banks, and it appearing that the debtor has completed all of his Plan payments and has received a discharge in this case, (Docket Items Nos. 114 and 117) and it appearing otherwise proper, it is hereby

ORDERED that the checks held by the clerk shall be turned over to his counsel, Richard G. Hall, and that the debtor DANIEL ASIAMA, shall cooperate with either Richard G. Hall in having them endorsed and deposited into his counsel's account, and that the debtor and Richard G. Hall are permitted to apportion the

proceeds between themselves with no distribution to the Chapter

13 Trustee.

                      Jun 27 2016
Signed this    day of          , 2016

                                    /s/ Brian F. Kenney
                                    _____
                                    Hon. Brian F. Kenney
                                    UNITED STATES BANKRUPTCY JUDGE

I ask for this:                      eod 6/28/2016 sas

/s/ Richard G. Hall
Richard G. Hall
Counsel for the Debtor
7369 McWorter Place
Suite 412
Annandale, Virginia, 22003
(703)256-7159 VSB# 18076


Copies to:

Richard G. Hall
Counsel for the Debtor
7369 McWorter Place
Suite 412
Annandale, Virginia, 22003

Nathan A. Fisher
Counsel for the Debtor
3977 Chain Bridge Road, #2
Fairfax, Virginia 22030

Sara Banks
21672 Frame Square
Ashburn, Virginia 20148

## Certification Pursuant to Local Rule 9022(C)(1)

    I hereby certify that on June 24, 2016 a true copy of this Order was mailed to Sara Banks at 21672 Frame Square, Ashburn, Virginia 20148.

                                                /s/ Richard G. Hall